IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXANDER YOUNG *Plaintiff,* v. THIEBLOT RYAN P.A. *Defendant.* | Civil Action:  1:11-cv-01562-ELH |

## MOTION FOR SUMMARY JUDGMENT

Defendant, Thieblot Ryan P.A., by its attorney, Michael J. Klima, Jr., files its Motion for Summary Judgment, pursuant to F.R.Civ.P. 56.  There is no genuine dispute as to any material facts and Defendant is entitled to judgment as a matter of law.  Defendant's Motion for Summary Judgment is support by its Memorandum In Support Of Motion For Summary Judgment and Affidavit of Bruce R. Miller.

THIEBLOT RYAN P.A.

By:  /s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.
810 Gleneagles Court
Suite 312
Towson, MD 21286-2237
(410) 837-1140
mklima@trm-h.com
Attorney for Defendant
Federal Bar No. 25562
Attorney File No.: 10-2460

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __12th__ day of June, 2012, a copy of foregoing Motion For Summary Judgment was mail, by first class mail, postage prepaid to Bernard Thomas Kennedy, Esquire, The Kennedy Law Firm, P.O. Box 657, Edgewater, MD 21037.

                                              /s/ Michael J. Klima, Jr.
                                              Michael J. Klima, Jr.