FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 DEC 21 P 4: 36

CLERK'S OFFICE
AT BALTIMORE

BY \_\_\_\_\_ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXANDER YOUNG,
   *Plaintiff,*

v.

THIEBLOT RYAN, P.A.,
   *Defendant.*

Civil Action No.: ELH-11-01562

### ORDER

For the reasons set forth in the accompanying Memorandum, it is this 21st day of December, 2012, by the United States District Court for the District of Maryland, ORDERED:

1) Defendant's Motion for Summary Judgment (ECF 33) is GRANTED; and

2) Plaintiff's Cross-Motion for Summary Judgment (ECF 37) is DENIED.

                                                         /s/
                                      Ellen Lipton Hollander
                                      United States District Judge